## COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S.SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   ROGER COOPER (B)                          CASE NO:   21-60177-CR-SINGHAL

AUSA:   Ajay Alexander   /Deric Macca/            ATTY:   James Lewis  _present_
                                                          (If applicable-appeals colloquy)

AGENT: _____                           VIOL: _____

PROCEEDING:   MOTION TO WITHDRAW                  RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no          COUNSEL APPOINTED:   _FPD: Jan Smith_

BOND SET @: _____          To be cosigned by: _____

                                      BRADY advised____

❏   Do not violate any law.           _Mot to withdraw —_

❏   Appear in court as directed.      _Granted due to_
                                      _conflict._

❏   Surrender and / or do not obtain passports / travel documents.    _Atty. not paid but_
                                      _took case as a favor_

❏   Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.    _∆ inquiry for counsel_

❏   Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.    _∆ found indigent_

❏   Maintain or seek full - time employment.    _FPD appointed_

❏   No contact with victims / witnesses.

❏   No firearms.                      _(Atty Lewis to get discovery_

❏   Curfew: _____.         _to FPD)_

❏   Travel extended to: _____.    **** TRIAL DATE 5/23/22

❏   Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. : _____

CHECK IF APPLICABLE_____:   For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE:   5-18-22      TIME:   11:00am      DAR:   _11:52:16_      PAGE: ⑧