UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,             21-60177-CR-Singhal
      Plaintiff,

v.

ROGER COOPER,
      Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the Defendant's Motion to Withdraw for Conflict (ECF No. 14) and for determination of indigence for appointment of counsel. Having been duly advised, the Court finds that a conflict exists with counsel and the defendant is indigent and unable to retain counsel. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion to Withdraw for Conflict (ECF No. 14) is GRANTED. James Lewis, Esq. is relieved from further duties in this case and the Federal Public Defender is hereby appointed as counsel for the defendant.

DONE AND ORDERED at Fort Lauderdale, Florida this 18 day of May, 2022.

                                                         LURANA S. SNOW
                                                         U.S. MAGISTRATE JUDGE

cc: Counsel of Record