UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60177-CR-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER LAMAR COOPER,

    Defendant.
_____/

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                              Respectfully submitted,

                              MICHAEL CARUSO
                              FEDERAL PUBLIC DEFENDER

           By:    s/ *Huda Ajlani-Macri*
                    Huda Ajlani-Macri
                    Assistant Federal Public Defender
                    Florida Bar No. 27381
                    One East Broward Boulevard, Suite 1100
                    Fort Lauderdale, Florida 33301-1842
                    Tel: 954-356-7436
                    E-Mail: Huda_Ajlani-Macri@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Huda Ajlani-Macri*
Huda Ajlani-Macri