UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60177-CR-SINGHAL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER LAMAR COOPER,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, Roger Lamar Cooper, through counsel, files this Unopposed Motion to Continue the calendar call previously set on May 18, 2022 and reset the trial for a period of 60 days. In support of this motion the defendant states the following:

1. The Defendant is charged with three counts of giving a False Statement in Records to a Federal Firearms Dealer in violation of 18 U.S.C. 924(a)(1)(A).

2. The calendar call was previously set for May 18, 2022 with a trial date on May 23, 2022. This is the first time up for calendar call.

3. The Defendant was previously represented by private counsel who was permitted to withdraw on May 18, 2022. Undersigned was appointed and assigned to represent Mr. Cooper on that day.

4. Undersigned counsel is not ready for trial and will be seeking a continuance.

5. Undersigned counsel needs to retrieve and review discovery from the previous counsel.

6. Undersigned has conferred with the assigned AUSA, Ajay Alexander, who has no objection to this request.

WHEREFORE, the Defendant, respectfully requests that the calendar call be reset for 60 days.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   s/ *Huda Ajlani-Macri*
Assistant Federal Public Defender
Florida Bar No. 27381
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301-1842
Tel: 954-356-7436
Fax: 954-356-7556
E-Mail: Huda_Ajlani-Macri@fd.org

## CERTIFICATE OF SERVICE

 I HEREBY certify that on May 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            By:  s/  *Huda Ajlani-Macri* AFPD